# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Tonianne J. Bongiovanni |
| v. | : | Mag. No. 25-3021 (TJB) |
| JACOB BAUER | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Alina Habba, the United States Attorney for the District of New Jersey (Jonathan S. Garelick, Special Assistant U.S. Attorney, appearing), for an order sealing the Complaint and Arrest Warrant issued on this date against Defendant, JACOB BAUER, and for good cause shown,

IT IS on this 31st day of March, 2025,

ORDERED that, except for such copies of the Arrest Warrant as necessary to accomplish its purpose, the Complaint, Arrest Warrant, and this Order are SEALED until the Arrest Warrant is executed or until further order of the Court, and it is further

ORDERED that, once the Arrest Warrant is executed, the Complaint, Arrest Warrant, and this Order are unsealed.

_____
Hon. Justin T. Quinn, USMJ,
On behalf of
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge