UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. RUKHSANAH L. SINGH |
| v. | : | Mag. No. 25-3021 (TJB) |
| JACOB BAUER | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Alina Habba, United States Attorney for the District of New Jersey (Jonathan S. Garelick, Special Assistant U.S. Attorney, appearing) for an order pursuant to Title 18, United States Code, Section 3142(f) to detain the Defendant, Jacob Bauer, in the above-entitled matter pending a detention hearing scheduled for April 3, 2025 at the United States District Court, Trenton, New Jersey; and the Defendant (though counsel Andrea Aldana, Assistant Federal Public Defender, appearing), having consented to detention pending the aforementioned hearing;

IT IS, therefore, on this 2nd day of April, 2025,

**RECEIVED**

APR - 2 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

ORDERED, pursuant to Title 18, United States Code, Section 3142(f), pending the detention hearing scheduled for April 3, 2025 at the United States District Court, Trenton, New Jersey, that the Defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the Defendant to the detention hearing at the time, date, and place set forth above.

HON. RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE